# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MATTHEW BALL,**

        **Plaintiff,**

**-vs-**                                             **Case No. 6:08-cv-540-Orl-31GJK**

**IFO, INC., d/b/a Invisible Fence of Orlando,**

        **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Final Default Judgment against Defendant, IFO, Inc. (Doc. No. 16) filed October 8, 2008.

On January 27, 2009, the United States Magistrate Judge issued a report (Doc. No. 19) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Plaintiff's Motion for Entry of Final Default Judgment against Defendant, IFO, Inc. is GRANTED. The Clerk is directed to enter judgment accordingly and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 17th day of February, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE